UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
MICHAEL K. CARBONE, on behalf of
himself and all others
similarly situated,

                Plaintiff,        <u>ORDER</u>
                                         15-CV-4919(JS)(ARL)

   -against-

CALIBER HOME LOANS, INC., and U.S.
BANK TRUST, N.A., as Trustee of
LSF9 MASTER PARTICIPATION TRUST,

                Defendants.
----------------------------------X
APPEARANCES
For Plaintiff:         Abraham Kleinman, Esq.
                        Kleinman, LLC
                        626 RXR Plaza
                        Uniondale, NY 11556-0626

                        Tiffany N. Hardy, Esq.
                        Edelman Combs Latturner & Goodwin, LLC
                        20 South Clark St., Ste. 1500
                        Chicago, IL 60603

For Defendants:
Caliber Home Loans
and U.S. Bank Trust      Brian P. Hennessy, Esq.
                        David T. Biderman, Esq.
                        Frederick Rivera, Esq.
                        Manny Joseph Caixeiro, Esq.
                        Perkins Coie LLP

SEYBERT, District Judge:

        The parties submitted a joint letter (Docket Entry 19) seeking to hold Plaintiff's motion for conditional certification (Docket Entry 6) in abeyance until after discovery is conducted.

        Plaintiff filed a premature motion for class certification to avoid having the putative class action claims

mooted by a potential offer of judgment for full relief made pursuant to Federal Rule of Civil Procedure 68. (Pl.'s Mot., Docket Entry 6, ¶ 18.) For the reasons discussed the Court's previous order in Carlin v. Davidson Fink LLP, No. 13-CV-6062, 2014 WL 4826248, at *3 (E.D.N.Y. Sept. 23, 2014), reconsidered and vacated in part, No. 13-CV-6062, 2015 WL 5794250 (E.D.N.Y. Sept. 30, 2015), Plaintiff's motion for class certification (Docket Entry 6) is DENIED WITHOUT PREJUDICE. The motion may be renewed after Plaintiff obtains the facts necessary to meet his burden of establishing that the requirements set forth in Federal Rule of Civil Procedure 23 have been met.

As requested, the parties are also granted permission to submit a proposed case management schedule within fourteen (14) days from the date of this Order.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:  October  9 , 2015
        Central Islip, New York