UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL K. CARBONE,<br>on behalf of plaintiff and a class,<br><br>    Plaintiff,<br><br>vs.<br><br>CALIBER HOME LOANS, INC.; and<br>US BANK TRUST, N.A., as Trustee of<br>LSF9 MASTER PARTICIPATION TRUST,<br><br>    Defendant. | Case No. 2:15-cv-04919-JS-ARL<br><br>ORDER<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and between Plaintiff Michael K. Carbone and Defendants Caliber Home Loans, Inc.; and US Bank Trust, N.A., as Trustee of LSF9 Master Participation Trust, by and through their respective counsel of record, that the entire above-captioned action, along with any and all claims asserted therein, are dismissed with prejudice. Each party shall bear its own attorneys' fees and expenses.

IT IS SO STIPULATED AND AGREED.

DATED: August 13, 2018

_____
Tiffany N. Hardy
Edelman Combs Latturner & Goodwin LLC
20 South Clark Street
Suite 1500
Chicago, IL 60603
Tel: (312) 739-4200

Abraham Kleinman
Kleinman, LLC
626 RXR Plaza
Uniondale, NY 11556-0626
Tel: (516) 522-2621

*Attorneys for Plaintiff*

_____
Manny J. Caixeiro
Jalina Joy Hudson
PERKINS COIE LLP
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112
Tel: (212) 262.6900

*Attorneys for Defendants*

SO ORDERED:

/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: Aug. 15, 2018
Central Islip, NY

- 1 -

140775722.1